**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| A.L. by his parents and Next Friends, | ) | |
| SHANNON HAYSLETT and | ) | |
| CHRISTOPHER LLOYD, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 4:24-cv-00179 |
| | ) | |
| SPECIAL SCHOOL DISTRICT | ) | |
| OF ST. LOUIS COUNTY, and | ) | |
| FERGUSON-FLORISSANT | ) | |
| SCHOOL DISTRICT, | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT MOTION FOR APPROVAL OF MINORS' SETTLEMENT**

**COME NOW**, Plaintiff A.L. by his parents, Shannon Hayslett and Christopher Lloyd ("Plaintiffs" or "Parents") and Defendant Special School District of St. Louis County ("SSD") and Ferguson-Florissant School District ("FFSD") (SSD and FFSD collectively "Defendants") (hereinafter Plaintiffs and Defendants collectively referred to as the "Parties"), and for their Joint Motion for Approval of Minors' Settlement pursuant to Section 507.184 RSMo., state as follows:

1.     Shannon Hayslett and Christopher Lloyd are the natural parents of A.L., a minor, who is under the age of 16.

2.     Plaintiff A.L., by and through his parents, filed this action on February 1, 2024, their First Amended Complaint on April 23, 2024, and their Second Amended Complaint on July 9, 2025.

3.     The Parties have reached a compromise to settle and resolve all issues as set forth in the Settlement Agreement and Release ("Agreement"), remitted to the Court contemporaneously herewith as **Exhibit 1** and incorporated herein by reference.

1

4.       This Agreement is a compromise between the Parties and shall not be construed as an admission of any liability or wrongdoing by any Party. The Parties agree that no party is a prevailing party for the purposes of this Agreement. Except as provided in the Agreement, each Party agrees to bear their own attorney's fees and costs.

5.       Due to the minority of Plaintiff A.L., the parties request the Court to hear and approve their settlement pursuant to Section 507.184 RSMo.

6.       Parents Shannon Hayslett and Christopher Lloyd state that it would be in the best interest of said minor child A.L. to accept the settlement reached with Defendants and such settlement is fair and reasonable.

7.       Parents Shannon Hayslett and Christopher Lloyd state that they have accepted said offer of settlement on behalf of minor A.L. subject to the final approval of this Court.  Plaintiffs further request the Court to enter an Order approving the proposed settlement with Defendants.

8.       Parents Shannon Hayslett and Christopher Lloyd further request the Court to enter an Order approving the attached Settlement Agreement and Release (**Exhibit 1**) on said minor child's behalf releasing, waiving, and discharging all actions, claims and demands whatsoever which said minor child and/or their Parents Shannon Hayslett and Christopher Lloyd had or may have against Defendants.

9.       It is the position of all of the Parties that these settlements are fair and reasonable and in the best interest of minor, A.L..

10.      Further, pursuant to Section 610.021 RSMo., the Parties ask that the Court order this Settlement Agreement and Release, attached herewith, closed to the public as this settlement involves a minor and the adverse impact to Plaintiffs of making this settlement public outweighs the policy considerations of public access to records.

2

11.     The Parties' Proposed Order approving the minor's settlements is attached hereto as **Exhibit 2**. The financial terms of the settlement are provided to the Court in a separate contemporaneous submission to this filing, consistent with the parties' agreement to take reasonable measures to protect the Plaintiff's privacy given A.L.'s status as a minor and the sensitive nature of this matter.

**WHEREFORE,** pursuant to Section 507.184 RSMo., the parties pray to the Court as follows:

1)     To determine whether it is in the best interest of A.L. to approve the proposed settlement and if the Court concludes that the proposed settlement is fair and reasonable and it is in the best interest of A.L., to approve the settlement agreement reached by the parties;

2)     To approve payment from the settlement proceeds in accordance with **Exhibit 1**, which are admitted into evidence and withdrawn from the Court file;

3)     Enter the Proposed Order attached hereto as **Exhibit 2**;

4)     Direct Shannon Hayslett and Christopher Lloyd to execute and deliver to Defendants the Settlement Agreement and Release; and

5)     Any other order that this Court deems proper and just.

Respectfully submitted,

| **MICKES O'TOOLE, LLC** | **LASHLY & BAER, P.C.** | **DRAGAN LAW FIRM, LLC** |
|---|---|---|
| */s/ Ashley M. Wicks* | */s/ Julie Z. Devine* | */s/ Diane L. Dragan* |
| Ashley M. Wicks, #75808 | Julie Z. Devine, #58268 | Diane L. Dragan, #73591 |
| awicks@mickesotoole.com | jdevine@lashlybaer.com | diane@draganlawfirm.com |
| Kathryn B. Forster, #52923 | Katherine E. Henry, #65964 | 10805 Sunset Office Drive, #210 |
| kforster@mickesotoole.com | khenry@lashlybaer.com | St. Louis, Missouri 63127 |
| 12412 Powerscourt Drive, # 200 | 714 Locust Street | Telephone: (314) 788-7323 |
| St. Louis, Missouri 6313 | St. Louis, Missouri 63101 | |
| Telephone: (314) 878-5600 | Telephone: (314) 621-2939 | |
| | | |
| *Attorneys for Defendant* | *Attorneys for Defendant* | *Attorney for Plaintiffs* |
| *Special School District of St. Louis County* | *Ferguson-Florissant School District* | |

3

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of June, 2026 a true and correct copy of the foregoing

was electronically filed with the Clerk of the Court using the CM/ECF system.

_____/s/ Ashley M. Wicks_____
