EXHIBIT

2

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| A.L. by his parents and Next Friends, SHANNON HAYSLETT and CHRISTOPHER LLOYD, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 4:24-cv-00179 |
| SPECIAL SCHOOL DISTRICT OF ST. LOUIS COUNTY, and FERGUSON-FLORISSANT SCHOOL DISTRICT, | ) ) ) ) ) ) | |
| Defendants. | ) | |

**JUDGMENT AND ORDER APPROVING SETTLEMENT
OF MINOR PLAINTIFF'S CLAIMS AND DISTRIBUTION OF PROCEEDS**

NOW ON this 24th day of June, 2026, this cause comes to be heard. With the consent of this Court, minor Plaintiff A.L. by his parents, Shannon Hayslett and Christopher Lloyd ("Plaintiffs" or "Parents") and Defendant Special School District of St. Louis County ("SSD") and Ferguson-Florissant School District ("FFSD") (SSD and FFSD collectively "Defendants") (hereinafter Plaintiffs and Defendants collectively referred to as the "Parties"), appear before this Court. The Parties hereto announce that, subject to the approval of this Court, they have agreed to waive a trial by jury and submit all issues in this case to the Court; and that they have agreed upon the proposed Settlement Agreement and Release ("Releases") which are offered and admitted into evidence as **Exhibit 1**. After considering the evidence, including Parents' Testimony, hearing statements of counsel, and being fully advised, the Court finds as follows:

1.      Based upon the evidence presented and the pleadings on file, the interests of minor Plaintiff A.L. have been adequately protected and represented by his parents, Shannon Hayslett and Christopher Lloyd, and that the settlement herein is fair and reasonable under the circumstances.

1

2.      The Parties have agreed to a compromised settlement of any and all claims that might exist between minor Plaintiff A.L. and the Released Parties ("Releasees"), as identified in **Exhibit 1**, the terms of the settlement of which are set forth in **Exhibit 1**, as the proceeds of which will be distributed in accordance with **Exhibit 1**, which are admitted into evidence and withdrawn from the Court file.

3.      The Court finds that the settlement of this matter has been agreed to by the Parties that based upon the evidence presented and the pleadings on file, that the interests of minor Plaintiff A.L. have been adequately protected and represented by his parents, Shannon Hayslett and Christopher Lloyd, and that the settlement herein is fair and reasonable under the circumstances.

4.      The Court hereby approves the settlement of this cause of action as set forth pursuant to the terms contained in **Exhibit 1** and the oral testimony presented to the Court.

5.      The Court finds that this settlement is made in good faith and is fair and reasonable to the minor Plaintiff A.L. and fully resolves and concludes the litigation between the minor Plaintiff A.L. and the Released Parties, and fully releases the Released Parties as identified in **Exhibit 1** from all liability to the minor Plaintiff A.L. and his parents, Shannon Hayslett and Christopher Lloyd.

6.      The Court hereby orders that the names and any identifying information of the Plaintiff and his parents, Shannon Hayslett and Christopher Lloyd, shall not be made part of the public court record due to the Plaintiff's status as a minor and the sensitive nature of this matter. The Court further orders that Judgment is entered consistent with the terms of **Exhibit 1** and authorizes the removal of **Exhibit 1** from the Court file so that it may be maintained by his parents, Shannon Hayslett and Christopher Lloyd.

7.      No court costs shall be taxed.

8.      The Court orders that his parents, Shannon Hayslett and Christopher Lloyd, execute all appropriate releases and collect and acknowledge receipt for payment for such settlement.

9.      Parents, Shannon Hayslett and Christopher Lloyd agree to place the settlement funds in accordance with the terms set forth in **Exhibit 1**.

_____      _____
JUDGE                                                                    DATE